# EXHIBIT A-1

UVALDE DISTRICT CLERK'S OFFICE - 07/17/24 - ALL COURTS
CIVIL ACTIVITY LIST - CASE: 2024-05-35551-CV
DETAIL RPT - ALL PLEADINGS - PAGE 1

| CASE # | | PLAINTIFF NAME(1)<br>PLT ATTORNEY(1) | DEFENDANT NAME(1)<br>DEF ATTORNEY(1) | | | |
|---|---|---|---|---|---|---|
| PL DTE/S | CODE | DESCRIPTION | REMARKS | DPTY | # PP | AMOUNT |
| 2024-05-35551-C | | CAMACHO, CORINA<br>SHERMAN ,STEPHANIE | RODRIGUEZ, FRANCISCO<br>SHERMAN ,STEPHANIE | | | |
| 05/28/24 | CV | ORIGINAL PETITION CIVIL | PET-PETITION FILING CODE<br>CHOSEN, UVALDE COMPLAINT | KSEN | 68 | 350.00 |
| 05/28/24 | REC | RECEIPT ISSUED | 213442 | KSEN | | 350.00 |
| 06/25/24 | NFD | NO FEE DOCUMENTS | CIVIL COVER SHEET | KSEN | 3 | 0.00 |
| 06/27/24 | CV-CIT | ISSUE CITATION | | KSEN | | 64.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REQ | REQUEST | CIVIL PROCESS REQUEST | KSEN | 1 | 0.00 |
| 06/27/24 | REC | RECEIPT ISSUED | 213696 | KSEN | | 64.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL<br>DEFENSE, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON DANIEL<br>DEFENSE HOLDINGS, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON ECOTECH,<br>LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON FIREQUEST<br>INTERNATIONAL, INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITAITON ISSUED ON FLASH CO,<br>INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON M.C.<br>DANIEL GROUP, INC. | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITATION ISSUED ON OASIS<br>OUTBACK, LLC | KSEN | 0 | 0.00 |
| 06/27/24 | CI | CITATION ISSUED | CITAION ISSUED ON PROJECT<br>ECHO HOLDINGS, LLC D/B/A<br>AMERICAN HOLOPTICS | KSEN | 0 | 0.00 |
| 07/02/24 | CV-COPC | COPIES-CERTIFIED | | KSEN | | 11.00 |
| 07/02/24 | REQ | REQUEST | LETTER TO COURT REQUESTING<br>CITATIONS BE SENT VIA<br>CERTIFIED MAIL | KSEN | 1 | 0.00 |
| 07/02/24 | REC | RECEIPT ISSUED | 213771 | KSEN | | 11.00 |
| 07/16/24 | GREEN CAR | GREEN CARD RETURNED | GREEN CARD RTN STEPHANIE<br>SHERMAN | AVER | 0 | 0.00 |

**TOTAL PLEADINGS PRINTED: 25**